UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD LOUIS GAHR,

        Petitioner,

  v.

ERIC ARNOLD,

        Respondent.

Case No. 15-cv-00407-HSG

**ORDER REQUIRING RESPONSE FROM PETITIONER**

Petitioner filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court found cognizable Plaintiff's claim that his April 4, 2012 three-year parole denial under Marsy's Law violated his right to be free from Ex Post Facto laws.  Docket No. 7 at 3.  However, based on the change of address Petitioner filed on August 7, 2015, Docket No. 11, it appears that he is no longer in custody.  Accordingly, he may no longer wish to pursue this action, given that Petitioner was seeking a new parole hearing, and he has now been released.  Therefore, within **thirty days** of the date of this order, Petitioner shall inform the Court whether he intends to continue to prosecute this action.  If he prefers that this action be voluntarily dismissed, he should so notify the Court.

    **IT IS SO ORDERED.**

Dated: 1/5/2016

                                                         _____
                                                         HAYWOOD S. GILLIAM, JR.
                                                         United States District Judge