UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD LOUIS GAHR,

    Plaintiff,

  v.

ERIC ARNOLD,

    Defendant.

Case No. 15-cv-00407-HSG

**JUDGMENT**

For the reasons stated in the Order of Dismissal and Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated: 3/10/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD LOUIS GAHR,

    Plaintiff,

v.

ERIC ARNOLD,

    Defendant.

Case No.  15-cv-00407-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Louis Gahr ID: H-59890  
J Cole House (STOP) Antioch  
1408 A Street  
Antioch, CA 94509

Dated: March 10, 2016

Susan Y. Soong  
Clerk, United States District Court

By:_____  
Nikki D. Riley, Deputy Clerk to the  
Honorable HAYWOOD S. GILLIAM, JR.

2